## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ERIN E. THOMPSON,** | C.A. No.: 1:22-cv-01519-RGA |
| Plaintiff, | |
| v. | |
| **BAYHEALTH MEDICAL CENTER, INC.,** | |
| Defendant. | |

### CONSENT ORDER FOR ACCEPTANCE OF OFFER OF JUDGMENT

WHEREAS, pursuant to F.R.C.P. Rule 68, Defendant has offered to allow judgment to be entered against it and in favor of Plaintiff Erin E. Thompson, in the amount of ONE HUNDRED FORTY THOUSAND DOLLARS ($140,000.00), inclusive of all of Plaintiff's claims for relief, attorneys' fees, interest, and costs of suit; and

WHEREAS the Defendant Bayhealth makes no admission of liability or that Plaintiff has suffered any damages; and

WHEREAS Plaintiff Erin B. Thompson has accepted the Offer of Judgement via an email dated Wednesday, March 5, 2025; and

WHEREAS the Court having considered the positions of the parties and the parties having consented thereto,

IT IS HEREBY ORDERED that the Clerk of the United States District Court for the District of Delaware shall now enter judgment in favor of Plaintiff, Erin E. Thompson and against Defendant Bayhealth Medical Center, Inc. in the amount of ONE HUNDRED FORTY THOUSAND Dollars ($140,000.00) together with costs accrued as of February 25, 2025, as directed by F.R.C.P. Rule 68.

IT IS SO ORDERED:

Dated: 3/7/2025

/s/ Richard G. Andrews
HONORABLE RICHARD G. ANDREWS
United States District Judge